**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA ANA POLICE OFFICERS ASSOCIATION and COREY SLAYTON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA ANA, a Municipal Corporation; SANTA ANA POLICE DEPARTMENT, a public safety department; CARLOS ROJAS, Interim Chief of Police; DOES I-X, inclusive,<br><br>Defendants. | NO. SA CV 15-01280-DOC (DFMx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS, CITY OF SANTA ANA, SANTA ANA POLICE DEPARTMENT, CARLOS ROJAS, CHRISTOPHER REVERE, WILLIAM NIMMO, MICHAEL CLABORN, AND DOUGLAS MCGEACHY** |

The Court dismissed Plaintiffs 42 U.S.C. § 1983 claims against the City of Santa Ana, Santa Ana Police Department with prejudice on December 2, 2015.

The Court granted summary judgment in favor of remaining individual Defendants, Carlos Rojas, Christopher Revere, William Nimmo, Michael Claborn, and Douglas McGeachy as to all of Plaintiffs' 42 U.S.C. § 1983 claims; and declined to exercise jurisdiction over the remaining state claims, dismissing the remaining state claims without prejudice subject to refiling in state court;

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants, City of Santa Ana, Santa Ana Police Department, Carlos Rojas,

Christopher Revere, William Nimmo, Michael Claborn, and Douglas McGeachy with respect to all 42 U.S.C. § 1983 claims upon which this Court has original jurisdiction and the remaining state claims (the second and third claims for relief in the Third Amended Complaint) are dismissed without prejudice subject to refiling in state court.

DATED: March 7, 2016

*David O. Carter*

Hon. David O. Carter
U.S. District Court Judge